**No. 10-8024. Nella Manko, Petitioner v. Dana Mannor, et al.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2882.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1232, 131 S. Ct. 1499, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1603.

**No. 10-8026. Dontavious Sherrode Smith, Petitioner v. School Board of Brevard County, et al.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2908.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1534.

**No. 10-8066. Alejandro Castro, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2921.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1233, 131 S. Ct. 1505, 179 L. Ed. 2d 330, 2011 U.S. LEXIS 1669.

**No. 10-8130. Barry Elijah Davis, Petitioner v. United States.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2919.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1236, 131 S. Ct. 1512, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1538.

**No. 10-8269. William L. Davenport, Petitioner v. David Frazier, Warden.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2890.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1259, 131 S. Ct. 1576, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1733.

**No. 10-8361. Anthony Askew, Petitioner v. United States.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2951.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1243, 131 S. Ct. 1534, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1163.

**No. 10-8397. In re Eva D. Al-Zaghari, Petitioner.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2870.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1215, 131 S. Ct. 1536, 179 L. Ed. 2d 364, 2011 U.S. LEXIS 1195.